UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE HINES, | No. 2:16-cv-0443 JAM CKD PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| BANK OF AMERICA, et al., | |
| Defendant. | |

Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On March 7, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 7, 2016 are adopted in full;

2. This action is dismissed for lack of subject matter jurisdiction.

DATED: March 25, 2016

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

1